IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENE AMBERT,

    Petitioner,

v.                                         4:16cv218–WS/EMT

JONES,

    Respondent.

_____

## ORDER DENYING PETITIONER'S THIRD AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 74) docketed September 24, 2018. The magistrate judge recommends that Petitioner's third amended petition for writ of habeas corpus be DENIED. Petitioner has filed lengthy objections (ECF No. 84) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to show that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 74) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's third amended petition for writ of habeas corpus (ECF No. 22) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's third amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. All pending motions/requests are DENIED.

DONE AND ORDERED this    31st    day of    January   , 2019.

                               s/ William Stafford
                               WILLIAM STAFFORD
                               SENIOR UNITED STATES DISTRICT JUDGE.